[No. 18350–8–I.   Division One.   August 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP JOHN
PARKHURST, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–02437–9, David C. Hunter, J., entered

April 18, 1986. *Remanded with instructions* by unpublished per curiam opinion.